JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULISES ZACARIAS, | Case No. ED CV 14-1040 FMO (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of July, 2014.

/s/
Fernando M. Olguin
United States District Judge